UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY HUNTER, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>TOTAL LIFE CHANGES LLC,<br><br>Defendant. | Case No.: 1:21-cv-03075-FB-RER |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Roy Hunter, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Total Life Changes, LLC.

Dated: September 19, 2022

Respectfully submitted,

**RICHMAN LAW FIRM PLLC**

/s/
Scott B. Richman, Esq.
*Attorneys for Plaintiff*
*and the Proposed Class*
630 Third Avenue, 23rd Floor
New York, New York 10017
Telephone: (646) 854-3547
Fascimile: (646) 693-6578
Email: srichman@richman-law-firm.com

**COBURN & GREENBAUM, PLLC**
Jonathan Greenbaum, Esq.
*Attorneys for Plaintiff*
*and the Proposed Class*
COBURN & GREENBAUM, PLLC
1710 Rhode Island Avenue, NW

2

Washington, DC 20036
Telephone: (202) 470-1689
Facsimile: (866) 561-9712
Email: jg@coburngreenbaum.com
New York address:
99 Hudson Street, 5th Floor
New York, N.Y. 10013